Almontaser v Roswell Park Cancer Inst. Corp. (2025 NY Slip Op 03899)

Almontaser v Roswell Park Cancer Inst. Corp.

2025 NY Slip Op 03899

Decided on June 27, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 27, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., MONTOUR, OGDEN, GREENWOOD, AND KEANE, JJ.

359 CA 23-01009

[*1]NORA ALMONTASER, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF SELLAH ALMONTASER, DECEASED, CLAIMANT-APPELLANT,
v
ROSWELL PARK CANCER INSTITUTE CORPORATION, DOING BUSINESS AS ROSWELL PARK CANCER INSTITUTE, DEFENDANT-RESPONDENT. (CLAIM NO. 123266.) (APPEAL NO. 2.)

PAUL WILLIAM BELTZ, LLC, BUFFALO (ANNE BELTZ-RIMMLER OF COUNSEL), FOR CLAIMANT-APPELLANT.
GIBSON, MCASKILL & CROSBY, LLP, BUFFALO (AMANDA C. ROSSI OF COUNSEL), FOR DEFENDANT-RESPONDENT. 

 Appeal from an order of the Court of Claims (J. David Sampson, J.), entered May 12, 2023. The order denied the motion of claimant seeking leave to reargue or renew her opposition to the motion of defendant to dismiss the claim. 
It is hereby ORDERED that said appeal from the order insofar as it denied leave to reargue is unanimously dismissed (see Empire Ins. Co. v Food City , 167 AD2d 983, 984 [4th Dept 1990]) and the order is affirmed without costs.
Entered: June 27, 2025
Ann Dillon Flynn
Clerk of the Court